# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F. | U.S. Court of Appeals/11th Cir | 09/23/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge -- Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Post Office Box 867
Montgomery, AL 36101-0867

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar Association | 06/24/2013 through 06/28/2013 | Boca Raton, Florida | Speaker | Room, food and airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dubina, Joel F. | 09/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮▮ | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 4. Torchmark Corp | A | Dividend | K | T | | | | | |
| 5. | | | | | | | | | |
| 6. U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 7. Money Market Funds ▮▮▮ Stifel, Nicolaus & Company | A | Interest | J | T | | | | | |
| 8. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | See Section VIII. |
| 9. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 10. II. TRUSTS ASSETS #1 | | | | | | | | | |
| 11. Money Market Funds ▮▮▮ Sterne, Agee & Leach | A | Interest | K | T | | | | | |
| 12. University AL Huntsville (X) | A | Interest | | | Matured | 06/03/13 | L | A | |
| 13. Montgomery AL Tax CPN | B | Interest | K | T | | | | | |
| 14. General Electric | B | Dividend | L | T | | | | | |
| 15. Torchmark Corp. | B | Dividend | M | T | Sold (part) | 06/19/13 | J | D | |
| 16. | | | | | Sold (part) | 12/27/13 | J | D | |
| 17. River Bank and Trust (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Huntsville, AL Warrants Series A | B | Interest | L | T | | | | | |
| 19. Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | L | T | | | | | |
| 20. Federated Intermediate Mun. Tr Sh Ben. Int. | C | Dividend | L | T | Sold (part) | 06/19/13 | K | A | |
| 21. | | | | | Buy | 12/24/13 | J | | |
| 22. Opp, AL Wts FSA B/E Cpn | B | Interest | L | T | | | | | |
| 23. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 24. U.S. Treasury Bond 7.25% | C | Interest | L | T | | | | | |
| 25. Altria Group Inc. | B | Dividend | K | T | | | | | |
| 26. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 27. Adobe Systems | | None | K | T | | | | | |
| 28. Freeport McMoran | A | Dividend | J | T | | | | | |
| 29. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 30. Novartis A G | A | Dividend | J | T | | | | | |
| 31. Priceline Com | | None | L | T | Sold (part) | 06/19/13 | J | D | |
| 32. IShares Trust S&P | A | Dividend | K | T | | | | | |
| 33. Protective Life Corp. | A | Dividend | J | T | | | | | See Section VIII No. 33 |
| 34. Rent-A-Center | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Toronto Dominion Bank | A | Dividend | K | T | | | | | |
| 36. Gartner, Inc. | | None | K | T | | | | | |
| 37. Google, Inc. | | None | K | T | | | | | |
| 38. Mosaic Company | A | Dividend | J | T | | | | | |
| 39. Apple Computer, Inc. | A | Dividend | K | T | | | | | |
| 40. | | | | | Buy | 06/19/13 | J | | |
| 41. Amazon.Com, Inc. | | None | K | T | | | | | |
| 42. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 43. IShares GSCI Commodity Index | | None | | | Sold | 10/18/13 | J | A | |
| 44. IShares DJ Sel | A | Dividend | J | T | | | | | |
| 45. Dodge & Cox International Stock Fund | A | Dividend | K | T | | | | | |
| 46. Eaton Vance Floating-Rate Fund Class I | A | Dividend | K | T | | | | | |
| 47. Google Inc. CL A | | None | K | T | | | | | |
| 48. International Business Machines Corp. | A | Dividend | K | T | Buy | 06/19/13 | J | | |
| 49. Qualcomm. Inc. | A | Dividend | J | T | | | | | |
| 50. SPDR Gold Trust | | None | J | T | Sold (part) | 12/27/13 | J | | |
| 51. Vanguard GNMA Fund INV | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/24/13 | J | | |
| 53. Bank of America Corp. | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 54. Biogen IDEC Inc Com | | None | J | T | Buy | 12/27/13 | J | | |
| 55. D R Horton Inc Com | | None | J | T | Buy | 12/27/13 | J | | |
| 56. Ford Motor | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 57. Proshares Short 26+ Year Treasury ETF | | None | | | Buy | 06/19/13 | K | | |
| 58. | | | | | Sold | 08/30/13 | K | B | |
| 59. Suntrust Banks | A | Dividend | J | T | Buy | 12/26/13 | J | | |
| 60. ▓▓▓▓▓▓▓▓▓▓ | | | | | | | | | |
| 61. Money Market Funds ▓▓▓▓ Sifel, Nicolaus & Co. | A | Interest | N | T | | | | | |
| 62. Torchmark Corp. | C | Dividend | N | T | | | | | |
| 63. ▓ TMK, United Inc. | A | Dividend | J | T | | | | | |
| 64. 12.5% interest Investments Unlimited, as L.L.C. | D | Rent | P1 | W | | | | | See Section VIII |
| 65. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 66. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 67. General Electric Com. | A | Dividend | K | T | | | | | |
| 68. Fairhope, AL Utilities | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tuscaloosa, AL Warrant FSA B/E | A | Interest | K | T | | | | | |
| 70. Waddell & Reed | A | Dividend | J | T | | | | | |
| 71. Proshares Trust Powershares Ultrashort Real Estate | | None | J | T | | | | | |
| 72. Pimco FDS Total Retu FD CLA | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 73. Powershares GloBale Trust Aggregate PFD Portfolio | A | Dividend | | | Sold | 06/24/13 | K | | |
| 74. Birmingham, AL Spl CR FAC Fing Ath Children's Hospital | B | Interest | L | T | Buy (add'l) | 07/01/13 | K | | inadvertently left off |
| 75. | | | | | Buy (add'l) | 08/14/13 | K | | inadvertently left off |
| 76. Southern Company | B | Interest | K | T | | | | | |
| 77. Huntsville AL RFDG & Cap Improvements WTS Ser A | | None | K | T | | | | | |
| 78. ALCOA Inc. | A | Dividend | | | Sold | 08/07/13 | J | | |
| 79. Chesapeake Energy Corp. | A | Dividend | | | Sold | 10/16/13 | J | B | |
| 80. Univ. AL at B'ham Hosp. Rev RFDG | | None | K | T | | | | | |
| 81. Altria Group (X) | B | Dividend | | | Sold | 09/24/13 | K | D | |
| 82. American Express COMRMT (X) | A | Dividend | J | T | | | | | |
| 83. BP PRUDHOE BAY ROYALALMT TRUST (X) | B | Dividend | J | T | | | | | |
| 84. Express Scripts Inc. RMT (X) | | None | J | T | | | | | |
| 85. ISHARES Silver Trustrmt (X) | | None | | | Sold | 04/12/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | ISHARES Trust RMT S & P US PFD Stock Index Fund (X) | A | Dividend | | | Sold | 06/24/13 | J | | |
| 87. | Novartis AG RMT Sponsored ADR (X) | A | Dividend | J | T | | | | | |
| 88. | Praxair Inc. RMT (X) | A | Dividend | J | T | | | | | |
| 89. | Priceline com Inc. Nermt (X) | | None | J | T | | | | | |
| 90. | SPDR Gold Trust RMT Gold Shares (X) | | None | | | Sold | 04/12/13 | J | D | |
| 91. | Torchmark Corp RMT (X) | C | Dividend | M | T | Sold (part) | 08/07/13 | K | E | |
| 92. | River Bank & Trust RMT (X) | A | Interest | K | T | | | | | |
| 93. | Alabama Water Pollut EDP CTL AUTH CPN 4.000% Due 8/15/17 (X) | A | Interest | | | Sold | 01/25/13 | J | A | |
| 94. | Arab AL Sewer Bd. EDP RFD SYNCORA OID @98.336 4.5% (X) | A | Interest | | | Sold | 03/11/13 | K | C | |
| 95. | Birmingham Baptist AL MD Ctr Spl Cure 6.125 cpn 5.875 (X) | A | Interest | K | T | | | | | |
| 96. | Birmingham Baptist Med EDP AL Spl Care @96.947 CPN 5.000% (X) | B | Interest | K | T | | | | | |
| 97. | B'ham AL SPL Childrens Hosp. OID @98.672 6.23 CPN 6.125 (X) | C | Interest | L | T | | | | | |
| 98. | Clarke & Mobile Cnty AL Gas Dist. 4.375% | B | Interest | K | T | | | | | |
| 99. | Madison Cnty Brd Ed Cap OID 96.801 4.7% CPN 4.500% | A | Dividend | K | T | | | | | |
| 100. | B'ham AL Water WEDP & Sewer Board 5.000% due 1/1/40 (X) | A | Interest | | | Sold | 01/25/13 | J | A | |
| 101. | Huntsville AL Hlthcare Auth Rev Ser A 5.25% | B | Interest | K | T | | | | | |
| 102. | Huntsville AL RFDG & EDP Improvement @97.712 4.27% | A | Interest | | | Sold | 06/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Huntsville AL HealthEDP Care OID @98.922 4.58% (X) | A | Interest | | | Sold | 01/25/13 | J | A | |
| 104. Madison Cnty AL Brd EDP Cap Outlay Cpn 5.000% Due 9/1/36 (X) | B | Interest | K | T | | | | | |
| 105. Madison Cnty AL Brd Ed Cap Outlay Rfdg OID @96.801 4.7% (X) | B | Interest | K | T | | | | | |
| 106. Opelika AL Public PAEDP Rec BD OID @ 98.009 4.75% (X) | A | Interest | | | Sold | 01/25/13 | J | A | |
| 107. Prattville AL Economedp Dev. OID @97.631 4.57% (X) | | None | | | Sold | 01/25/13 | J | | |
| 108. Shelby Cnty AL Brd EEDP Cap Outlay SCH OID @97.921 4.43% (X) | B | Interest | K | T | | | | | |
| 109. Shelby Cnty AL Brd EEDP RFDG 10 Mill B/E CPN 5.0% due 2/1 (X) | B | Interest | K | T | | | | | |
| 110. Trussville AL Warrant EDP Ser A CPN 5.000% Due 10/1/3 (X) | A | Interest | | | Sold | 01/25/13 | J | A | |
| 111. Tuscaloosa AL Warrant EDP AGM OID @99.03 4.1% (X) | A | Interest | J | T | | | | | |
| 112. Tuscaloosa AL WarranEDP OID @96.969 4.56% (X) | A | Interest | K | T | | | | | |
| 113. University AL AT EDP Bham Hosp CPN 5.000% due 9/1/36 | B | Interest | K | T | | | | | |
| 114. AT&T Inc.(X) | A | Dividend | | | Sold | 09/24/13 | J | B | |
| 115. ALCOA Inc. | A | Dividend | | | Sold | 08/07/13 | J | | |
| 116. Amgen, Inc. (X) | B | Dividend | K | T | | | | | |
| 117. Barrick Gold Corp. | A | Dividend | | | Sold | 06/24/13 | J | | |
| 118. Chesapeake Energy Co (X) | A | Dividend | | | Sold | 10/16/13 | K | B | |
| 119. Conoco Phillips EDP (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Ford Motor Co. (X) | A | Dividend | J | T | | | | | |
| 121. | | | J | T | Buy | 03/08/13 | J | | |
| 122.  General Electric ComeDP (X) | A | Dividend | J | T | | | | | |
| 123.  Goldman Sachs Grap Inc. 5.95% | B | Interest | K | T | | | | | |
| 124.  Linn Energy United P Representing United Liability Int. (X) | B | Dividend | | | Sold | 09/24/13 | K | | |
| 125.  Mosaic Company | A | Dividend | K | T | Buy | 09/24/13 | J | | |
| 126.  Phillips 66 (X) | A | Dividend | J | T | | | | | |
| 127.  Powershares Global ETF (X) | A | Dividend | K | T | | | | | |
| 128.  Reynolds American (X) | A | Dividend | J | T | | | | | |
| 129.  Southern Copper Corp. (X) | B | Dividend | | | Sold | 01/29/13 | J | | |
| 130.  SPDR Gold Trust EDP Gold Shares | | None | | | Sold | 04/12/13 | J | D | |
| 131.  Torchmark Capital Trust III Tr PFD 7.1% (X) | A | Interest | J | T | | | | | |
| 132.  B'ham AL SPL CR FAC Childrens HSp. REV B/E OID @ ▓▓▓ | B | Interest | L | T | Buy | 07/01/13 | K | | |
| 133. | | | | | Buy | 08/14/13 | L | | |
| 134.  Cheniere Energy Inc. New ▓▓▓ ▓▓▓ | | None | J | T | Buy | 02/11/13 | J | | |
| 135.  Corning Inc. | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 136.  Enterprise Products Partners LTD Partnership ▓▓▓ | A | Dividend | K | T | Buy | 02/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Freeport McMoran Copper & Gold ▓ ▓ | A | Dividend | K | T | Buy | 01/29/13 | K | | |
| 138. Fusion 10 Inc. ▓ | | None | J | T | Buy | 05/08/13 | J | | |
| 139. | | | J | T | Buy | 10/29/13 | J | | |
| 140. Goldman Sachs Group Inc. Dep SHS Repstg 1/1000th ▓ | | None | J | T | Buy | 12/23/13 | J | | |
| 141. Gulfport Energy Corp. New ▓ ▓ | | None | | | Buy | 08/21/13 | K | | |
| 142. | | | | | Sold | 10/16/13 | K | C | |
| 143. Halliburton Company | A | Dividend | K | T | Buy | 02/11/13 | K | | |
| 144. Homewood AL Edl Bldg Rev Samford Univ. 4.500% ▓ | A | Interest | K | T | Buy | 10/07/13 | K | | |
| 145. Huntsville AL RFDG WTS OID @ ▓ 3.3% ▓ | A | Interest | K | T | Buy | 10/29/13 | K | | |
| 146. Huntsville AL RFDG WTS OID @ ▓ 3.55% ▓ | A | Interest | K | T | Buy | 06/12/13 | K | | |
| 147. Intel Corp ▓ | A | Interest | J | T | Buy | 07/10/13 | J | | |
| 148. KKR & Compnay DEL Com Units ▓ | | None | K | T | Buy | 11/18/13 | K | | |
| 149. Kinder Morgan Inc DE ▓ | A | Dividend | K | T | Buy | 02/11/13 | K | | |
| 150. Microsoft Corp ▓ | A | Dividend | J | T | Buy | 02/25/13 | J | | |
| 151. NVIDIA Corp ▓ | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 152. Quanta Services ▓ | | None | J | T | Buy | 02/11/13 | J | | |
| 153. University of AL at B'ham Genl Rev A2 OID @ ▓ | A | Interest | K | T | Buy | 05/23/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Natural RES LLC Rep LTD LIABILITY INT | B | Distribution | K | T | Buy | 02/11/13 | K | | |
| 155. Westport Innovations | | None | J | T | Buy | 02/11/13 | J | | |
| 156. | | | | | Sold | 12/23/13 | J | | |
| 157. Teekey Lng Partners Limited Partnership Unit | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 158. | | | | | | | | | See Section VIII No. 156 |
| 159. Money Market Funds Stifel, Nicolaus & Co. | A | Interest | J | T | | | | | See Section VIII No. 157 |
| 160. Alexander City AL RFDG WTS Ser A OID 98.889 3.16% CPN 3.000 Due 5/1/19 | A | Interest | J | T | | | | | |
| 161. Elmore Cnty AL Pub E Coop Dist Pub Ed OID @98.506 3.45% | A | Interest | K | T | | | | | |
| 162. Foley AL Pub Facs Co Dist Rev CPN 4.000% Due 9/1/19 | A | Interest | K | T | | | | | |
| 163. Huntsville AL Hlth C Autho Ser B Rev 4.25% CPN 4.000% | A | Interest | K | T | | | | | |
| 164. Phenix City, AL WTS SER A 5.000% Due 01/01/17 Susip: 717316VX8 | A | Interest | J | T | | | | | |
| 165. Huntsville AL Hlth C Autho Ser B Rev 4.25% CPN 4.000% | A | Interest | K | T | | | | | |
| 166. University of AL Ser A Birmingham Hosp. Rev OID @98.827 4.26% | B | Interest | K | T | | | | | |
| 167. Opelika AL School Warrants SER A CPN 3.500% Due 10/1/20 | A | Interest | K | T | | | | | |
| 168. Russellville AL WTRW SWR BD REV OID @98.839 2.5% CPN 2.300% | A | Interest | J | T | | | | | |
| 169. Shelby Cnty AL Brd E Unref 10 mill CPN 4.000% due 2/1/18 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.   Investments & Trusts.

No. 8 & 64.   Property located in Montgomery County, AL; Walton County, FL; Lowndes County, AL

No. 66.   Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ My 50% interest in the land was deeded into ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

No. 33 Shown last year as a sale but should have been shown as a partial sale.  I still own Value Code K.

No. 156 The items listed below were listed under ▆▆▆▆▆▆▆▆▆▆▆.

No. 157 This is a cash account in which the amount changes on a daily basis.  This asset was shown in the prior year but was included in ▆▆▆▆ personal holdings and should have been shown under a separate charitable account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Joel F. Dubina**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544